IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MOUNTAN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, | CV 19-72-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| TRAVIS STIMPSON, | |
| Defendant. | |

Upon review of the Plaintiff's Motion to Vacate Preliminary Pretrial Conference Order and Reset Deadlines (Doc. 6), and for good cause shown,

**IT IS HEREBY ORDERED** that the telephonic Preliminary Pretrial Conference set for Thursday, October 24, 2019 at 9:30 a.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the preliminary pretrial deadlines outlined in the Court's August 8, 2019 Order (Doc. 5) are **VACATED.**

**IT IS FURTHER ORDERED** that the Defendant, Travis Stimpson, shall obtain counsel by **November 4, 2019.** If the Defendant is unable to obtain counsel by November 4, 2019, he shall file a notice with the Court showing why his attempts to obtain counsel have been unsuccessful.

1

The Court will reset the preliminary pretrial hearing and related deadlines following the Defendant's entry of appearance.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this ____3rd____ day of October, 2019.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge