FILED

JAN 2 3 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, | Cause No. CV-19-72-BLG-SPW |
| Plaintiff, | ORDER STAYING PROCEEDINGS |
| v. | |
| TRAVIS STIMPSON, | |
| Defendant. | |

Upon the parties' Joint Motion to Stay Proceedings (Doc. 11), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the deadlines set forth in this Court's November 8, 2019 Order (Doc. 9) and the preliminary pretrial conference scheduled for February 6, 2020 at 9:30 a.m., are **VACATED.**

**IT IS FURTHER ORDERED** that these proceedings are **STAYED** for a period of thirty (30) days. Upon expiration of the stay, the parties shall request that the Court reschedule the preliminary pretrial conference.

DATED this 23rd day of January 2020.

Susan P. Watters

SUSAN P. WATTERS
United States District Judge

1