IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS STIMPSON,<br><br>Defendant. | Cause No. CV-19-72-BLG-SPW<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Upon the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 14), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-captioned action is **DISMISSED WITH PREJUDICE**, as fully and finally settled. Each party shall bear its own costs and attorney's fees.

DATED this 3rd day of March, 2020.

SUSAN P. WATTERS
United States District Judge